UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARRY CONNICK, JR. ET AL. | CIVIL ACTION |
| VERSUS | NO. 11-3102 |
| PEOPLES HEALTH, INC. | SECTION "N" (2) |

### ORDER

Staff of Judge Engelhardt's chambers has advised that the referenced case has settled and that the settlement conference previously set in this matter should be cancelled. Accordingly, **IT IS ORDERED** that the **Settlement Conference** set before me on October 18, 2012, is hereby CANCELLED.

New Orleans, Louisiana, this \_\_\_12th\_\_\_ day of October, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE